

# FREDERICK H. COHN

ATTORNEY AT LAW

111 BROADWAY

SUITE 1805

NEW YORK, NY 10006

212-768-1110

FAX 212-338-9088

fcohn@frederickhcohn.com

www.fcohlaw.com



Frederick H. Cohn
Carina Patritti, Esq.
Irina Stankevitch, Paralegal

August 31, 2012

**APPLICATION GRANTED:**

HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

8-31-12

**BY FACSIMILE (212) 805 7991**
Hon. J. Paul Oetken
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: United States v. Chad Greenshner**
**Docket No.: 12-cr-171 (JPO)**

Dear Judge Oetken:

We represent Chad Greenshner, a defendant in the above entitled case. He advises us, just this morning, that he is supposed to attend an engagement party in Rhode Island and that he forgot to inform us so that we could apply for permission along the more usual channels.

Unfortunately his pre trail service officer is on vacation and, the day before a holiday weekend, the Assistant United States Attorney does not answer the phone so that we are unable to advise you that there is consent.

Dr. Greenshner wishes to travel to Rhode Island on September 1 and return on the September 2, 2012. Please accept my apologies for the late notice.

Thank you very much for attention on this matter.

Respectfully yours,

Frederick H. Cohn

cc: Carolina Fornos, AUSA (email)
   Regina Joyner, P.S. (email)