# FREDERICK H. COHN

ATTORNEY AT LAW

111 BROADWAY

SUITE 1805

NEW YORK, NY 10006

212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com



January 21, 2013

Hon. J. Paul Oetken
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

          **Re: United States v. Chad Greenshner**
          **Docket No.: 12-cr-171 (JPO)**

                                              12 cr 171-35(JPO)

Dear Judge Oetken:

      In May 1, 2012 you authorized the use of paralegals in this case. A copy of the so ordered letter is attached. One of the paralegals, Shana Kniznik has since left my employment to go to law school and I have replaced her with an attorney associate, Carina Patritti. As we now prepare for a trial in this matter, I would like to utilize her services. The presumptive rate for associate is $85.00 per hour. Because Ms. Patritti is a full time employee for whom I provide benefits and absorb overhead, the Second Circuit Manual contemplates that I may request her to be paid at $110.00 per hour, still substantially less than my hourly rate under the Criminal Justice Act. I request that you authorize me to use her services on this case for up to fifty hours, understanding that if I need more time, I will seek your authorization.

*Granted.*

**SO ORDERED:**

_____
J. PAUL OETKEN
U.S.D.J.  2/28/13

                                                        Respectfully yours,

                                                        Frederick H. Cohn

cc: Jerry Tritz, Esq.